CENTER FOR DISABILITY ACCESS
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Christopher Seabock, SBN 279640
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

Michael D. Welch (SBN: 111022)
MICHAEL WELCH + ASSOCIATES
770 L Street, Suite 950
Sacramento, CA. 95814
Telephone: (916) 449-3930
Facsimile: (916) 449-3930
mdwelch@mail.com
Attorney for Defendants
La Pina Loca, Inc.

Elise M. Kern (SBN 204075)
ekern@ptwww.com
PALMIERI, TYLER, WIENER, WILHELM &
WALDRON LLP
2603 Main Street
East Tower- Suite 1300
Irvine, California 92614-4281
Telephone: (949) 851-9400
Facsimile (949) 757-1225
Attorneys for Defendants
Diane Wang and Sidney Wang

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT JOHNSON**, | No. 2:14-cv-01187-KJM-DAD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND DATE FOR FILING DISMISSAL |
| **DIANE WANG; SIDNEY WANG; LA PINA LOCA, INC.**, a California Corporation; and Does 1-10, | |
| Defendants, | |

1

Plaintiff SCOTT JOHNSON ("Plaintiff") and Defendants DIANE WANG; SIDNEY WANG; LA PINA LOCA, INC., a California Corporation ("Defendants") hereby stipulate to extend the deadline to file Dismissal to June 21, 2015. The parties have finalized the terms of the settlement agreement and have circulated the agreement for signatures, however, the additional time is required to collect the signatures and issue payment.

Dated: May 27, 2015        CENTER FOR DISABILITY ACCESS

By:    /s/    Phyl    Grace
_____
Phyl Grace, Esq.
Attorney for Plaintiff

Dated: May 27, 2015        MICHAEL WELCH + ASSOCIATES

By:   /s/ Michael D. Welch
Michael D. Welch, Esq.
Attorney for Defendants
La Pina Loca, Inc.

Dated: May 27, 2015        PALMIERI, TYLER, WIENER, WILHELM & WALDRON LLP


By:   /s/ Elise M. Kern
Elise M. Kern
Attorney for Defendants
Diane Wang and Sidney Wang

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  May 29, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\johnson1187.stip.eot.ord.docx